IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 7:13-cv-00342 |
| v. | ) ) | |
| MINOR DOE, et al., | ) ) | By: Michael F. Urbanski United States District Judge |
| Defendants. | ) ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** as follows:

1. Plaintiff's motion for judgment on the pleadings (Dkt. # 22) is **DENIED**.

2. Plaintiff's motion to strike jury demand (Dkt. # 20) is **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: 07-29-14

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge